IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDRIKA MORRISSETTE MILLER )<br>and GARY L. SAUER, JR. )<br> )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>MONTGOMERY POLICE )<br>DEPARTMENT, et al., )<br> )<br>    Defendants. ) | CASE NO. 2:20-CV-1025-RAH |

## **ORDER**

On January 6, 2023, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 19.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 19) is ADOPTED.

2. Miller's claims against ALEA are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii);

3. Miller's claims against the Montgomery Police Department are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

4.  Sauer's claims are DISMISSED without prejudice.

5.  This case is DISMISSED.

DONE, on this the 28th day of March 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE